FILED
CLERK, U.S. DISTRICT COURT
SEP - 5 2017
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ARCADIO FERNANDEZ,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN CALIPATRIA STATE PRISON,<br><br>    Respondent. | No. CV 16-6959 SJO (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 9/5/17

S. JAMES OTERO
United States District Judge