# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ARCADIO FERNANDEZ,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>WARDEN CALIPATRIA STATE PRISON,<br><br>　　　　　Respondent. | No. CV 16-6959 SJO (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition on the merits with prejudice.

DATED: August 22, 2018.

　　　　　　　　　　　　　　　　　　　　　　　*S. James Otero*
　　　　　　　　　　　　　　　　　　　　　――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　　　　United States District Judge