UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ARCADIO FERNANDEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN CALIPATRIA STATE PRISON,<br><br>　　　　　Respondent. | No. CV 16-6959 SJO (FFM)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 22, 2018.

　　　　　　　　　　　　　　　　　　_S. James Otero_
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　United States District Judge